**CONSTANCE L. AKRIDGE, ESQ.**
**NEVADA BAR NO. 003353**
**MATTHEW T. MILONE, ESQ.**
**NEVADA BAR NO. 007448**
**JONES VARGAS**
3773 Howard Hughes Pkwy.
3rd Floor South
Las Vegas, Nevada 89109
(702) 862-3300
(702) 734-2722 (f)

**LOUIS M. BUBALA III, ESQ.**
**NEVADA BAR NO. 008974**
**JONES VARGAS**
100 W. Liberty St., 12th Flr.
P.O. Box 281
Reno, Nevada 89504
(775) 786-5000
(775) 786-1177 (f)

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SURGERY CENTER OF RENO, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:07-cv-0259-ECR RAM |
| ) | |
| WELLPOINT HEALTH NETWORKS, ) | |
| INC., a Delaware corporation; ROCKY ) | |
| MOUNTAIN HOSPITAL AND MEDICAL ) | Honorable Edward C. Reed, Jr. |
| SERVICE, INC. dba ANTHEM BLUE ) | |
| CROSS AND BLUE SHIELD, a Colorado ) | **AGREED HIPAA QUALIFIED** |
| corporation; BLUE CROSS OF ) | **PROTECTIVE ORDER** |
| CALIFORNIA, a California corporation; ) | |
| and DOES 1 through 50, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

1  The parties, pursuant to Fed. R. Civ. P. 26(c); D. Nev. L.R. 6-2; D. Nev. L.R. 7-1; and 45
2 C.F.R. §164.512, have agreed, and this Court finds, that good cause exists for the entry of a
3 Protective Order to prevent the unauthorized disclosure and to direct the use of protected health
4 information during the course of this litigation.

5  Accordingly, IT IS HEREBY ORDERED:

6  1.  All documents produced by the parties to this litigation shall be produced subject to
7 the conditions of this Order.

8  2.  During the course of this litigation, the parties recognize it may be necessary to
9 disclose "protected health information" of certain patients receiving treatment at Surgery Center of
10 Reno, LLC and/or Defendants' members, as that term is defined under the Health Insurance
11 Portability and Accountability Act (HIPAA) and the Federal Regulations enacted pursuant to said
12 Act.

13  3.  This Order shall apply to any documents produced by a covered entity (as defined
14 by 45 C.F.R. §160.103) which receives a request to produce or a subpoena for protected health
15 information.

16  4.  All protected health information disclosed by any covered entities shall be used for
17 the sole purpose of preparing for or conducting this litigation, including, but not limited to,
18 discovery, depositions, trial preparation or trial and shall not be disclosed or revealed to anyone
19 not authorized by this Protective Order.

20  5.  Protected health information may be disclosed by any covered entity, health care
21 provider, insurer, party, party's expert, or party's attorney without further notice to the following:

22  a.  Counsel for the respective parties to this litigation, their employees, parties
23    to the litigation, and employees of counsel who are assisting in the prosecution or
24    defense of this litigation;

25  b.  Experts and consultants (and their employees and clerical assistants) who
26    are employed, retained or otherwise consulted by counsel of the parties to assist in
27    any way in the preparation and trial of this litigation;

28

JONES VARGAS
3773 Howard Hughes Parkway - Third Floor South
Las Vegas, Nevada 89109
Tel: (702) 862-3300 Fax: (702) 737-7705

      c.      Treating physicians;

      d.      Other health care providers;

      e.      Liability insurers of any of the parties involved in the litigation;

6. The parties and each entity governed by this Order shall either (a) destroy or (b) return to the entity who originally produced it, all protected health information including all copies made, provided, however, the said protected health information may be retained in the files of the law firms handling this litigation and may be destroyed pursuant to their regular file retention policies so long as the protected health information is maintained in a secure environment.

7. This Protective Order shall survive the final conclusion of this litigation and shall continue in full force and effect and the Court shall retain jurisdiction to enforce this Protective Order.

8. This Order does not change or affect notice and other procedural requirements of the Federal Rules of Civil Procedure.

Agreed as to form and content:

This 31st Day of July, 2007.

/s/LOUIS M. BUBALA III
Louis M. Bubala III, Esq.
Jones Vargas

Counsel for Defendants
Anthem Holding Corp.; Rocky Mountain
Hospital and Medical Service, Inc., d/b/a
Anthem Blue Cross And Blue Shield;
and Blue Cross of California

This 31st Day of July, 2007.

/s/MICHAEL S. KIMMEL
Michael S. Kimmel
McDonald Carano Wilson LLP

Counsel for Plaintiff
Surgery Center of Reno, LLC

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATE: July 31, 2007

Page 3 of 3

JONES VARGAS
3773 Howard Hughes Parkway - Third Floor South
Las Vegas, Nevada 89109
Tel: (702) 862-3300 Fax: (702) 737-7705